Harry NORRIS v. UNITED STATES of
America.

No. 2338.

Circuit Court of Appeals, Tenth Circuit.

Oct. 27, 1941.

Hal C. Davis, of Topeka, Kan., for appellant.

Summerfield S. Alexander, U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on application of appellant.

Clarence Joseph ROWSON v. UNITED STATES of America.

No. 2337.

Circuit Court of Appeals, Tenth Circuit.

Oct. 27, 1941.

Hal C. Davis and William M. Bradshaw, both of Topeka, Kan., for appellant.

Summerfield S. Alexander, U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge,

PER CURIAM.

Appeal dismissed on application of appellant.

TRENTON OIL COMPANY, a Delaware Corporation (formerly White Star Refining Company), by Harry B. Earhart, Richard Earhart, Laurin R. Hunter and William V. Butler, Trustees, Appellants, v. UNITED STATES of America, Appellee.

No. 8699.

Circuit Court of Appeals, Sixth Circuit.

Oct. 16, 1941.

Laurence A. Masselink and Beaumont, Smith & Harris, all of Detroit, Mich., for appellants.

John C. Lehr, U. S. Atty., and J. Thomas Smith, Asst. U. S. Atty., both of Detroit, Mich., for appellee.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and arguments of counsel; on consideration whereof, it is ordered and adjudged that the judgment entered January 15, 1940, 41 F.Supp. 887, and appealed from, be and the same is in all things affirmed, upon the authority of France Co.. v. Commissioner of Internal Revenue, 6 Cir., 88 F.2d 917.